UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGINA LEWIS,

                Plaintiff,

    -against-

NEWBURGH HOUSING AUTHORITY, et al.,

                Defendants.

24 CIVIL 7452 (LTS)

CIVIL JUDGMENT

For the reasons stated in the Order of Dismissal this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  October 16, 2024
         New York, New York

                                                  /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                          Chief United States District Judge